**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22451-CIV-DAMIAN**

**SERGIO MONTELIER CHAVIANO**,

      Plaintiff,

v.

**PAMELA BONDI**, *et al.*,

      Defendants.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court on Petitioner, Sergio Montelier Chaviano's, Amended Petition for Writ of Habeas Corpus [ECF No. 4], filed May 31, 2025, and Emergency Motion for Temporary Restraining Order and Preliminary Injunction Staying Credible Fear Proceedings [ECF No. 17] ("Motion"), filed June 8, 2025.

THE COURT having reviewed the Amended Petition and the Motion, and the pertinent portions of the record, it is hereby

**ORDERED** that a Hearing is set for **Thursday, June 12, 2025, at 10:00 a.m.**, in **Courtroom 13-4** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. The Parties shall be prepared to address the Amended Petition and Motion.

**DONE AND ORDERED** in the Southern District of Florida, this 9th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**