UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22451-CIV-DAMIAN

**SERGIO MONTELIER CHAVIANO**,

    Petitioner,

v.

**PAMELA BONDI**, *et al.*,

    Respondents.
_____/

## ORDER FOLLOWING MOTION HEARING

**THIS CAUSE** is before the Court following a Motion Hearing held on June 12, 2025, during which the Court addressed Petitioner, Sergio Montelier Chaviano's ("Petitioner"), Emergency Motion for Temporary Restraining Order and Preliminary Injunction Staying Credible Fear Proceedings [ECF No. 17 ("Emergency Motion")], filed June 8, 2025.

For the reasons stated on the record and as further detailed on the record at the hearing, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    Counsel for Respondents shall forthwith confer with immigration officials and file a Status Report informing the Court of the latest status of Petitioner's expedited removal proceedings and, specifically, when the third credible fear interview, with counsel present, is expected to be scheduled by immigration authorities.

    2.    Counsel for Respondents is directed to inquire with immigration officials regarding whether the parties are able to reach an agreement to temporarily stay the credible

fear proceedings as to Petitioner pending this Court's ruling on the Emergency Motion and to inform Petitioner's counsel and the Court of the results of that inquiry.

3.  Petitioner's Unopposed Motion for Leave to File Oversized Traverse [**ECF No. 25**] is **GRANTED**.

4.  Petitioner's Emergency Motion [ECF No. 17] and Motion to Produce the Body [ECF No. 21] are hereby **TAKEN UNDER ADVISEMENT**.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record