UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-22451-CIV-DAMIAN

SERGIO MONTELIER CHAVIANO,

      Petitioner,

v.

PAMELA BONDI, *et al.*,

      Respondents.

_____/

ORDER ON PETITIONER'S
MOTION TO PRODUCE THE BODY OF PETITIONER [ECF NO. 21]

THIS CAUSE is before the Court on Petitioner, Sergio Montelier Chaviano's ("Petitioner"), Motion to Produce the Body of Petitioner, filed June 9, 2025 [ECF No. 21].

THE COURT has considered the Motion to Produce, Respondents' Response [ECF No. 24], the record, and relevant authorities and is otherwise fully advised.

In the Motion to Produce the Body, Petitioner seeks an Order requiring the Marshals to produce Petitioner in this Court in advance of any hearings on the Petition and Emergency Motion in the event there are any factual disputes for the Court to resolve. [ECF No. 21]. Petitioner avers that his presence at the hearing in this matter would facilitate the Court's ability to hear and determine any factual disputes that may arise because Respondents had not yet responded. *Id*. On June 10, 2025, Respondents filed their Response to the Amended Petition, and, therefore, they contend that, as indicated by their Response to the Amended Petition, there are no factual disputes that need to be resolved by Petitioner's presence. *See* ECF No. 24.

The undersigned agrees that review of the Amended Petition, the Emergency Motion, and Respondents' Response reflects there are no facts in dispute that necessitate the presence of Petitioner before this Court. And, having already heard from the parties on June 12, 2025, the undersigned is further satisfied that there is no need for Petitioner's presence.

Accordingly, it is hereby

ORDERED AND ADJUDGED that Petitioner's Motion to Produce the Body of Petitioner **[ECF No. 21]** is **DENIED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 23rd day of June, 2025.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**